# First District Court of Appeal
## State of Florida

_____

No. 1D17-3421
_____

ROBERT EDWARD GODERSKI,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
David Rimmer, Judge.

March 21, 2019

PER CURIAM.

AFFIRMED.

MAKAR, OSTERHAUS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, Joel Arnold, Assistant Public Defender, Tallahassee and W. Timothy Weekley, Assistant Public Defender, Milton, for Appellant.

Ashley B. Moody, Attorney General, and Daniel Krumbholz, Assistant Attorney General, Tallahassee, for Appellee.